■ BEVERLY TUMA, Appellant, v GEORGE W. GALGANO, JR., Respondent. [782 NYS2d 747]—

In an action, inter alia, to rescind a deed to certain real property, the plaintiff appeals from an order and judgment (one paper) of the Supreme Court, Westchester County (Nastasi, J.), entered July 8, 2003, which, after a nonjury trial, among other things, dismissed the complaint.

Ordered that the order and judgment is affirmed, with costs.

The plaintiff commenced this action, inter alia, to rescind a deed to certain real property, which deed she had signed and given to the defendant, George Galgano, Jr. After a nonjury trial, the trial court found that the plaintiff did not place any conditions on the delivery of the deed (*see Sofsky v Rosenberg*, 76 NY2d 927 [1990]; *Hoffman v Hoffman*, 6 App Div 84 [1896]) or execute the deed as a result of duress (*see Gubitz v Security Mut. Life Ins. Co. of N.Y.*, 262 AD2d 451 [1999]; *Matter of Garvin*, 210 AD2d 332 [1994]) and determined, among other things, that the defendant was entitled to judgment dismissing the complaint. Since this determination was based on a fair interpretation of the evidence, the complaint was properly dismissed (*see Martinez v Dushko*, 7 AD3d 584 [2004]; *Kremer v 4-65 48th Ave.*, 2 AD3d 689 [2003]).

The plaintiff's remaining contention is unpreserved for appellate review, and in any event, without merit. H. Miller, J.P., Krausman, Goldstein and Skelos, JJ., concur.